In the Matter of STEPHEN SAIKIN, Petitioner, v BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.—Proceeding pursuant to CPLR article 78, *inter alia,* to review a determination of the Board of Education of the City of New York which, after a hearing, dismissed petitioner from his position as a teacher with tenure. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The determination to dismiss petitioner, a tenured teacher, was made upon substantial evidence adduced at the hearing. Titone, J. P., Rabin, Shapiro and Cohalan, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GARY R. BILLINGS, Appellant.—Judgment of the County Court, Orange County, rendered March 23, 1977, affirmed. No opinion. This case is remitted to the County Court, Orange County, for further proceedings pursuant to CPL 460.50 (subd 5). Hopkins, J. P. Suozzi, Margett and Hawkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN BURGOS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Kings County, rendered March 20, 1975, convicting him of robbery in the first degree, upon a plea of guilty, and imposing sentence. Judgment affirmed (see *People v Francis,* 38 NY2d 150). Suozzi, J. P., Gulotta, Margett and Hawkins, JJ., concur.